IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO FARM CREDIT, ACA

Plaintiff

v.

ANTONIO MORALES PADILLA, et. al.

Defendants

Civil No. 98-1445(SEC)

## ORDER

This case has been inactive in the Court's docket since September 16, 1999 when the Court denied Defendant's motion for reconsideration from the entry of a partial judgment by default. (Docket # 21). The parties have failed to inform the Court about the status of the case, or file any dispositive motions. Therefore, the parties are **ORDERED** to file a pre-trial conference report by **February 16, 2001.** Failure to comply with this order may result in the imposition of sanctions pursuant to Local Rule 114 or dismissal for lack of prosecution under Fed.R.Civ.P. 41(b).

**SO ORDERED.**

In San Juan, Puerto Rico, this 29 day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)