IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO FARM CREDIT, ACA　　*
　　　　　　　　　　　　　　　　*
　　　Plaintiff　　　　　　　　　*
　　　　　　　　　　　　　　　　*　　Civil No. 98-1445(SEC)
　　　v.　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
ANTONION MORALES-PADILLA, et. al. *
　　　　　　　　　　　　　　　　*
　　　Defendants　　　　　　　　*
**************************************

## JUDGMENT

Pursuant to Plaintiff's motion for voluntary dismissal informing the Court that their claim was paid in full, **(Docket # 23)**, and the provisions of Fed.R.Civ.P. 41(a)(2), the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 14TH day of February, 2001.

　　　　　　　　　　　　　　　　　　/s/ SALVADOR E. CASELLAS
　　　　　　　　　　　　　　　　　　United States District Judge

AO 72A
(Rev.8/82)